■ KEVIN M. KENNEDY, Appellant, v POINT DEDICATED SERVICES, LLC, et al., Defendants. CELLINO & BARNES, P.C., Respondent. (Appeal No. 1.) [816 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 23, 2005. The order, among other things, provided that Cellino & Barnes, P.C. may elect a contingent percentage fee to be determined at the conclusion of the action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.